# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL SALVAGGI, | : | No. 10 WM 2021 |
| Petitioner | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 23rd day of April, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.